**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KATHERINE ODDY,

      Plaintiff,

v.                                                    Case No.   3:24-cv-618-MMH-LLL

CLYDE M. COLLINS, JR. and
JANIE BOYD & ASSOCIATES
REAL ESTATE SERVICES LLC,

      Defendants.

_____/

## O R D E R

**THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>.   On September 27, 2024, this Court entered an Order directing Plaintiff to show cause by October 11, 2024, why the claims raised against Defendant Clyde M. Collins, Jr. should not be dismissed without prejudice.   <u>See</u> Order to Show Cause (Dkt. No. 12; First Order to Show Cause).   When Plaintiff failed to do so, on October 18, 2024, this Court entered a second Order directing Plaintiff to show cause by November 1, 2024, why the claims raised against Defendant Clyde M. Collins, Jr. should not be dismissed without prejudice for failure to prosecute.   <u>See</u> Order to Show Cause (Dkt. No. 13; Second Order to Show Cause).   Plaintiff was cautioned that failure to respond would result in the dismissal of the claims raised against this

Defendant.  See id. at 2.  However, as of this date, Plaintiff has failed to respond to the Orders to Show Cause.

Based on Plaintiff's failure to respond to this Court's Orders, the undersigned concludes that Plaintiff has failed to prosecute the claims raised against Defendant Clyde M. Collins, Jr.  Therefore, pursuant to Rule 41(b) and Local Rule 3.10, dismissal of those claims without prejudice is appropriate. See Brown v. Tallahassee Police Dept., No. 06-13131, 205 Fed. Appx. 802, 802 (11th Cir. Nov. 15, 2006).  Accordingly, it is hereby

**ORDERED:**

1. The claims raised against Defendant Clyde M. Collins, Jr. are **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of the Court is directed to terminate this Defendant.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of November, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -