UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 3:24-cv-00618-MMH-LLL

KATHERINE ODDY,

    Plaintiff,

v.

CLYDE M. COLLINS, JR. AND JANIE BOYD
& ASSOCIATES REAL ESTATE SERVICES LLC,

    Defendants.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT JANIE BOYD & ASSOCIATES REAL ESTATE SERVICES LLC

Plaintiff Katherine Oddy and Janie Boyd & Associates Real Estate Services LLC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice of Defendant Janie Boyd & Associates Real Estate Services LLC ("Janie Boyd & Associates") *only* in the above-styled action. Plaintiff and Defendant Janie Boyd & Associates shall each bear their own attorneys' fees and costs. This stipulation has been reviewed by all parties that have appeared.

Law Offices of Jibrael S. Hindi, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

DATED: December 10, 2024

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*


/s/ Willie J. Brice, Jr
**Willie J. Brice , Jr**
Law Offices of Melissa A. Schlutow
401 E. Las Olas Boulevard
Suite 1400
Fort Lauderdale, FL 33301
954-242-3982
Email: Flservice1@hanover.com
Counsel for Defendant Janie Boyd & Associates Real Estate Services LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 10, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677