# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KATHERINE ODDY,

    Plaintiff,

v.                                       Case No. 3:24-cv-618-MMH-LLL

JANIE BOYD & ASSOCIATES
REAL ESTATE SERVICES LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Voluntary Dismissal With Prejudice as to Defendant Janie Boyd & Associates Real Estate Services LLC (Dkt. No. 17; Stipulation) filed on December 10, 2024. In the Stipulation, the remaining parties request dismissal of this matter with prejudice. <u>See</u> Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. The claims raised against Defendant Janie Boyd & Associates Real Estate Services LLC are **DISMISSED with prejudice**.

2. Each party shall bear their own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of December, 2024.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record